UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAREK LATHAN, | : | Case No. 3:22-cv-1883 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Michael R. Merz |
| JAMES G. CARR, | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 12); DISMISSING THIS CASE WITH PREJUDICE; AND DIRECTING THAT THIS CASE BE TERMINATED**

The Court has conducted a *de novo* review of the Report and Recommendation of United States Magistrate Judge Michael R. Merz (Doc. No. 12), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ACCEPTS** the recommended disposition and **ADOPTS** the Report and Recommendation.

Therefore, it is **ORDERED** that:

1. The Court ADOPTS, in full, the Report and Recommendation filed on March 9, 2023 (Doc. No. 12);

2. The Court DISMISSES WITH PREJUDICE Plaintiff's Complaint (Doc. No. 1-1); and,

3. The Court DIRECTS the Clerk of Court to terminate this case.

Thursday, March 30, 2023.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1